■ SCHACKER REAL ESTATE CORP., Respondent, v CENTEREACH MANAGEMENT Co. et al., Appellants.—In an action for real estate broker's commissions, defendants appeal from a judgment of the Supreme Court, Suffolk County, entered April 10, 1975, in favor of plaintiff after a nonjury trial. Judgment affirmed, with costs. Under the facts of this case, plaintiff's salesman, Thomas Kallenbach, was a duly licensed real estate salesman

within the meaning of section 442-d of the Real Property Law. Martuscello, Acting P. J., Cohalan, Brennan and Munder, JJ., concur.